# Exhibit 1

Int. Cl.: 28

Prior U.S. Cl.: 22

United States Patent and Trademark Office

Reg. No. 1,242,974
Registered Jun. 21, 1983

## TRADEMARK
### Principal Register

## RUBIK'S CUBE

Ideal Toy Corporation (Delaware corporation)
184-10 Jamaica Ave.
Hollis, N.Y. 11423

For: PUZZLES, in CLASS 28 (U.S. Cl. 22).
First use Mar. 18, 1980; in commerce Mar. 18, 1980.
No claim is made to the exclusive right to use "Cube", apart from the mark as shown.

Ser. No. 261,351, filed May 8, 1980.

ROBERT PEVERADA, Examining Attorney

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,265,094
Registered Jan. 24, 1984

## TRADEMARK
Principal Register



CBS Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y. 10019, assignee of
Ideal Toy Corporation (Delaware corporation)
Hollis, N.Y.

For: THREE DIMENSIONAL PUZZLES, in CLASS 28 (U.S. Cl. 22).
First use Jan. 1, 1980; in commerce Jan. 1, 1980.
The drawing is lined for the colors red, green, orange, blue and yellow.

The mark consists of a black cube having nine color patches on each of its six faces with the color patches on each face being the same and consisting of the colors red, white, blue, green, yellow and orange.

Sec. 2(f).

Ser. No. 358,308, filed Apr. 5, 1982.

W. A. CONN, Examining Attorney

# United States of America
### United States Patent and Trademark Office

# RUBIK'S

**Reg. No. 7,033,371**

**Registered Apr. 25, 2023**

**Int. Cl.: 3, 8, 9, 14, 16, 18, 20, 21, 24, 25, 28, 34, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**

SPIN MASTER TOYS UK LIMITED (ENGLAND AND WALES PRIVATE LIMITED COMPANY)
Secure Trust House
Boston Drive, Bourne End
Buckinghamshire, UNITED KINGDOM SL85YS

CLASS 3: Non-medicated toiletries, namely, cosmetic kits comprising cosmetic soap, hair conditioner, toothpaste, non-medicated mouthwash, non-medicated cosmetics, toothbrushes, dental floss, hair brushes, and combs; false nails; make-up; nail polish; nail varnish; decorative transfers for cosmetic purposes

CLASS 8: Tableware not of precious metal, namely, knives, forks and spoons

CLASS 9: Batteries for lighting, batteries for pocket lamps, video disks and video tapes with recorded animated cartoons, cabinets for loudspeakers, fire extinguishers, fire extinguishing apparatus, headphones, hologram apparatus, mouse pads

CLASS 14: Alarm clocks made of precious metal, alarm clocks not of precious metal, cuff links, jewelry, clocks made of metal, watches and watch straps; jewelry cases not of precious metal

CLASS 16: Printed holograms

CLASS 18: Back packs, rucksacks, school satchels, net shopping bags, paper shopping bags, plastic shopping bags, mesh shopping bags, reusable shopping bags, handbags, imitation of leather, leather shoulder belts, bands of leather being leather straps, purses, suit cases

CLASS 20: General purpose cases of wood and plastic

CLASS 21: Drinking vessels; crockery, namely, dinnerware made of clay; napkin rings, not of precious metal; paper plates; porcelain dinnerware; table plates, not of precious metal; tableware not of precious metal, namely, dinnerware; tableware not of precious metal, namely, coffee and tea services; flower vases, not of precious metal

CLASS 24: Cloth, textile, plastic, vinyl banners; bath linen; bed linen; bedspreads; bed blankets; covers for cushions; unfitted fabric covers for furniture; unfitted furniture coverings of textile; unfitted loose fabric covers for furniture; handkerchiefs of textile; household linen; pillowcases; travelling rugs; lap robes; textile bed sheets; shower



curtains of textile or plastic; textile tablecloths; textile table linen; textile table mats; table napkins of textile; towels of textile

CLASS 25: Cyclists' clothing, namely, jerseys; pajamas; pants; cap peaks; socks; tee-shirts; underpants; wristbands as clothing made of cloth; aprons being clothing; bath robes; bathing suits; bathing trunks; beach shoes; caps being headwear; footwear; frocks; gloves; hats, jackets; knitwear, namely, sweaters; neckties; pullovers; scarves; shirts; shoes; singlets; skirts; sweaters; swimsuits; tights; trousers; underclothing; underwear; waistcoats

CLASS 28: Toy building blocks; board games; building games; bingo cards; playing cards; chess games; Christmas trees ornaments; magic tricks; dice games; table top games; dominoes; draught boards, namely, boards used to play draughts; draughts sets; flying discs; jigsaw puzzles; novelty toys for playing practical jokes; toy mobiles; dance party favors in the nature of small toys, party hats, and paper party favors; parlor games; plush toys; toys, namely, children's multiple activity toys; automatic and coin-operated amusement machines; play balloons; balls for games; spinning tops; snow globes

CLASS 34: Ashtrays, not of precious metal, for smokers; lighters for smokers; cigarette cases, not of precious metal

CLASS 35: On-line retail store services and retail store services featuring toys, games, cosmetics, jewelry, clothing, cosmetics, home furnishings, textiles, carrying bags, paper products, tableware, clocks, watches, and furniture

CLASS 38: Broadcast of videos featuring puzzle solving

CLASS 41: Production and distribution of videos featuring puzzle solving

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF EUROPEAN UNION REG. NO. 009408261, DATED 02-18-2011, RENEWED AS REG. NO. 009408261, EXPIRES 09-28-2030

OWNER OF EUROPEAN UNION , REG. NO. 015292311, DATED 08-03-2016, EXPIRES 03-30-2026

OWNER OF U.S. REG. NO. 1242974

SER. NO. 88-432,058, FILED 05-15-2019

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.